## Thomas L. Waters, Plaintiff-Appellant, v. Zeno Middleton, Defendant-Appellee.

### Gen. No. 62–F–6.   (Abstract of Decision.)

Fourth District.

May 11, 1962.

Rehearing denied May 23, 1962.

William B. Starnes, of East St. Louis, Thomas I. Waters, of Missouri (pro se), for appellant; McGlynn & McGlynn (Charles M. Whealon, of counsel), all of East St. Louis, for appellee. Opinion by Judge CULBERTSON. Not to be published in full.